# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150135 & (30)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                           SC: 150135
                                           COA: 321882
                                           Macomb CC: 2012-001506-FH;
                                                                           2012-001507-FH

KEITH LEO OLSON,
       Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the July 31, 2014 order of the Court of Appeals is considered. With regard to the defendant's challenge to costs, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings authorized by the Macomb Circuit Court. In all other respects, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to dismiss the charges pursuant to section 8 of the Michigan Medical Marijuana Act, MCL 333.26428, is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



a0321

                           Clerk